# EXHIBIT B

# ALLEGED PERSONAL INCIDENT REPORT
# VESSEL INCIDENT REPORT

- THIS FORM MUST BE COMPLETED ON EVERY INCIDENT

Sections 1,2,3,4 & 8 to be completed my Master of Vessel
Sections 5 & 6 to be completed my Alleged Injured / Ill Person
Section 7 to be completed by all Crew Members

PLEASE PRINT

1. Date and Time of Alleged Incident: __4-7-2021      2330 Hrs__

Today's date: __4__ / __8__ / __2021__

Vessel's name: __La Commander__     Captains name: __Kirk Guidroz__

Vessels Location: __27-39.8N 84-31.2W__     Charters name: _____

Location/Port of last departure: __Brownsville, TX__    Bound to Location: __Tampa, FL__

Standing by: ____YES  __✓__ NO      Draft: FWD __12'0"__  AFT __14'6"__

Location: __27-39.8N 84-31.2W__     Vessel's Cargo Onboard: __Containers__

2. Alleged Person Injury / Illness

Employees Name: _____     Phone Number: _____

Physical Address: _____

Mailing address: (If same as above, please leave blank)

SS# and/or Z Card Number: _____     Job Title: _____

Date Joined Vessel: __/__/__     Date Departed Vessel: __/__/__

3. IF NOT EMPLOYED BY LA INTERNATIONAL MARINE LLC, NAUTICAL SERVICES LLC, OR FLEUR DE LIS MARINE LLC

Employed by _____
Address: _____
Phone number _____

THIRD PARTY ACCIDENT REPORT COMPLETED? ____ YES ____ NO

4. Weather Condition (at time of alleged incident)
Visibility: __10 miles__      Seas: __3-5__
Wind Speed & Direction: __ESE 10-15__   Current Speed & Direction: _____

5. Person's complaints of injury/illness (He/She states)

_____
_____
_____
_____

Person's description of incident (He/She states)

_____
_____
_____
_____

Description of incident if not personal injury/illness

While retrieving towline mate was at the aft controls when tugboat came into contact with the barge being towed causing a dent in the port side of the barge just below the main deck.

6. Draw a Diagram                                    Diagram drawn by: _____

Signature of Person Alleging Injury/Illness    &    Date

7. ALL Crew Members Complete below

| NAME (Please Print) | Signature / Job Title | Witnessed Alleged Incident? |
|---|---|---|
| Kirk Guidroz | [signature] | YES OR **NO** |
| Julio Perez | [signature] | YES OR **NO** |
| Keith Kiger | [signature] | YES OR **NO** |
| Benedict Ingram | [signature] | **YES** OR NO |
| Drozin Hebert Jr. | [signature] | YES OR **NO** |
| Gage Harp | [signature] | **YES** OR NO |

8. Name and Address of Master of Vessel:
FIRST NAME: Kirk Guidroz     LAST NAME: Guidroz
PHONE NUMBER: 985-~~442~~ 637-9072
ADDRESS: 132 Green Acre St., Larose, LA 70373
SIGNATURE OF MASTER: [signature]
DATE: 4-8-2021