ORDERED.

Dated: May 02, 2022

_____
Catherine Peek McEwen
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

WORK CAT FLORIDA LLC f/k/a
WORK CAT TRANS GULF, LLC,                    Case No. 8:21-bk-02588-CPM
                                             Chapter 7
    Debtor.
_____/
DOUGLAS N. MENCHISE,
As Chapter 7 Trustee

    Plaintiff,
                                             Adversary No.
                                             8:21-ap-00408-CPM
v.

LOUISIANA INTERNATIONAL MARINE, LLC,

    Defendant.
_____/

### ORDER DENYING LOUISIANA INTERNATIONAL MARINE'S, LLC's MOTION FOR DISMISSAL OF AMENDED ADVERSARY COMPLAINT FOR FAILURE TO STATE CLAIM FOR RELIEF
### (Docs. 19, 20, & 22)

**THIS MATTER** came before the Court for hearing April 25, 2022 at 10:00 a.m. (the "Hearing") upon Defendant Louisiana International Marine, LLC's ("LIM")'s Motion for Dismissal of Amended Adversary Complaint for failure to state Claim for Relief filed on March 10, 2022 [**ECF No. 19**]; Opposition response to LIM's Motion to Dismiss Amended Adversary Complaint by Steven M. Berman on behalf of Plaintiff, Douglas N. Menchise filed on March 25, 2022 [**ECF No. 20**]; and Reply Brief in Support of Motion of LIM's Dismissal of Amended Complaint for Failure to State Claim for Relief [**ECF No. 22**] in this matter. The Court having reviewed the Motions and being otherwise familiar with the papers and pleadings in this case finds the following:

**ORDERED:**

1. LIM's Motion to for Dismissal of Amended Adversary Complaint for Failure to State Claim for Relief filed on March 10, 2022 [**ECF No. 19**] is DENIED.

2. LIM's Answer/Response to Plaintiff's Amended Adversary Complaint is due on or before 30 days from this filing.

*************************

Attorney Joseph Briggett is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within **three days of the Order.**