

# SUPPLYTIME 2005

TIME CHARTER PARTY FOR
OFFSHORE SERVICE VESSELS

EXHIBIT B

PART I

| | | | |
|---|---|---|---|
| 1. | Place and date of contract<br>November 12, 2020 | | |
| 2. | Owners/Place of business (full style, address, e-mail and fax no.)<br>Louisiana International Marine LLC<br>1423 Whitney Avenue<br>Gretna, Louisiana 70056 | 3. | Charterers/Place of business (full style, address, e-mail and fax no.)<br>Work Cat Trans Gulf LLC<br>821 South Newport Ave.<br>Tampa, Florida 33606 |
| 4. | Vessel's name and IMO number (ANNEX A)<br>LA COMMANDER<br>IMO Number: 7319022 | 5. Date of delivery (Cl. 2(a) and (c))<br>Mid-December, 2020 - Exact Date To Be Mutually Agreed | 6. Cancelling date (Cl. 2(a) and (c))<br>December 31, 2020 |
| 7. | Port or Place of delivery (Cl. 2(a))<br>Charterer's Dock, Brownsville, Texas or Tampa, Florida - In Charterer's Option<br>Tug to go "On Hire" On Departure with Barge from either Port | 8. | Port or place of redelivery/notice of redelivery (Cl. 2(d))<br>(i) Port or place of redelivery<br>Charterer's Dock, Brownsville, Texas or Tampa, Florida - In Charterer's Option<br>(ii) Number of days' notice of redelivery<br>30 Days - Applies after conclusion of minimum FIRM Charter Period as defined in Box 9 |
| 9. | Period of hire (Cl. 1(a))<br>Six (6) Months FIRM + Options To Be Mutually Agreed | 10. | Extension of period of hire (optional) (Cl. 1(b))<br>(i) Period of extension<br>To Be Mutually Agreed<br>(ii) Advance notice for declaration of option (days)<br>30 Days |
| 11. | Automatic extension period to complete voyage or well (Cl. 1(c))<br>(i) Voyage or well (state which)<br>N/A<br>(ii) Maximum extension period (state number of days)<br>N/A | 12. | Mobilisation charge (Cl. 2(b)(i))<br>(i) Lump sum<br>N/A<br>(ii) When due<br>N/A |
| 13. | Early termination of charter (state amount of hire payable) (Cl. 31(a))<br>(i) State yes, if applicable<br>N/A<br>(ii) If yes, state amount of hire payable<br>N/A | 14. Number of days' notice of early termination (Cl. 31(a))<br>N/A | 15. Demobilisation charge (lump sum) (Cl. 2(e) and Cl. 31 (a))<br>N/A |
| 16. | Area of operation (Cl. 6(a))<br>U.S. Ports; US Gulf of Mexico, always at the Master's discretion. | 17. | Employment of vessel restricted to (state nature of services(s)) (Cl. 6(a))<br>Towage of a "Trailer Bridge" 400 Ft. x 100 Ft. Deck Barge (or like substitute) operating between but not limited to Brownsville, Texas and Tampa, Florida, but always within the safe capacities and capabilities of the Vessel and her Crew. |
| 18. | Specialist operations (Cl. 6(a))<br>(i) State if vessel may be used for ROV operations  N/A<br>(ii) State if vessel may be employed as a diving platform N/A<br>Type here | 19. | Bunkers (Cl. 10)<br>(i) Quantity of bunkers on delivery and redelivery<br>To be determined by ROB Survey. If no ROB Survey occurs, the Master's Logs shall be conclusive evidence of Bunkers onboard.<br>(ii) Price of bunkers on delivery<br>To Be Advised<br>(iii) Price for bunkers on redelivery<br>To Be Advised<br>(iv) Fuel specifications and grades for fuel supplied by Charterers<br>MDO - Specs To Be Advised |

Copyright © 2005 BIMCO. All rights reserved. Any unauthorised copying, duplication, reproduction or distribution of this BIMCO SmartCon document will constitute an infringement of BIMCO's copyright. First published 1975. Revised 1989 and 2005. Adopted by the International Support Vessel Owners' Association (ISOA), London. Explanatory notes are available from BIMCO at www.bimco.org.

| | | | |
|---|---|---|---|
| 20. | Charter hire (state rate and currency) (Cl. 12(a), (d) and (e)) <br> USD 5,500.00/Day PLUS Fuel and Lubes Consumed - Applies for first (4) Months <br> USD 6,200.00/Day PLUS Fuel and Lubes Cnsumed - Applies for remainder of FIRM Charter Period and any extensions up to two (2) years total. <br> Charter Hire beyond the two (2) Year Period to be mutually agreed. | 21. | Extension hire (if agreed, state rate) (Cl. 12(b)) <br> See Box 20 |
| 22. | Invoicing for hire and other payments (Cl. 12(d)) <br> (i) State whether to be issued in advance or arrears <br> Owners Electronic Invoice shall be issued Bi-Monthly, In Arrears <br> (ii) State by whom to be issued if other than the party stated in Box 2 <br> N/A <br> (iii) State to whom to be issued if addressee other than stated in Box 3 <br> N/A | 23. | Payments (state mode and place of payment; also state beneficiary and bank account) (Cl. 12(e)) <br> To Be Provided on Owner's Hire Invoices |
| 24. | Payment of hire, bunker invoices and disbursements for Charterers' account (state maximum number of days) (Cl. 12(e)) <br> Payment of Hire to be 'Net 60' Terms for first six (6) Months, any additional payments of Hire beyond the first six (6) Months to be 'Net 30' Terms. <br> All other payments to be made upon presentation of Invoice. | 25. Interest rate payable (Cl. 12(e)) <br> 1.5% Per Month | 26. Maximum audit period (Cl. 12(g)) <br> N/A |

| 27. Meals (state rate agreed) (Cl. 6(c)(i)) <br> N/A | 28. Accommodation (state rate agreed) (Cl. 6(c)(i)) <br> N/A | 29. Sublet (state amount of daily increment of charter hire) (Cl. 20) <br> To Be Mutually Agreed |
|---|---|---|

| | |
|---|---|
| 30. | War Cancellation (indicate countries agreed) (Cl. 23) <br> N/A |
| 31. | General Average (Place of settlement – only to be filled in if other than London) (Cl. 26) <br> Houston, Texas, USA |
| 32. | Taxes (Payable by Owners) (Cl. 30) <br> None |
| 33. | Breakdown (State period) (Cl. 31(b)(v)) <br> 24 Hours |
| 34. | Dispute resolution (state (a), (b) or (c) of Cl. 34, as agreed; if (c) agreed also state Place of Arbitration) (Cl. 34) <br> (c) US Law, Houston, Texas arbitration |
| 35. | Numbers of additional clauses covering special provisions, if agreed. <br> 1 - Clause 39 |

It is mutually agreed that this Contract shall be performed subject to the conditions contained in the Charter consisting of PART I, including additional clauses, if any agreed and stated in Box 35, and PART II as well as ANNEX "A" and ANNEX "B" as annexed to this Charter. In the event of a conflict of conditions, the provisions of PART I shall prevail over those of PART II and ANNEX "A" and ANNEX "B" to the extent of such conflict but no further.

Signature (Owners)
Louisiana International Marine, LLC
*[signed]*
Operations Manager

Signature (Charterers)
Work Cat Trans Gulf LLC
*[signed]*

Copyright © 2005 BIMCO. All rights reserved. Any unauthorised copying, duplication, reproduction or distribution of this BIMCO SmartCon document will constitute an infringement of BIMCO's copyright. First published 1975. Revised 1989 and 2005. Adopted by the International Support Vessel Owners' Association (ISOA), London. Explanatory notes are available from BIMCO at www.bimco.org.